SHA-RALL WILLIS et al., Respondents, v JOHN C. FINK, Appellant. [775 NYS2d 587]—

In an action, inter alia, to recover damages for personal injuries, the defendant appeals from an order of the Supreme Court, Queens County (Grays, J.), dated June 13, 2003, which granted the plaintiffs' motion for summary judgment on the issue of liability.

Ordered that the order is affirmed, with costs.

The plaintiffs established their entitlement to judgment as a matter of law on the issue of liability by demonstrating that the defendant, who either failed to stop at a stop sign or, upon stopping, failed to yield the right of way to the plaintiffs' vehicle, was the sole proximate cause of the accident (*see* Vehicle and Traffic Law § 1142; *Szczotka v Adler,* 291 AD2d 444 [2002]; *McClelland v Seery,* 261 AD2d 451 [1999]; *Gravina v Wakschal,* 255 AD2d 291 [1998]; *Maxwell v Land-Saunders,* 233 AD2d 303 [1996]). In opposition, the defendant failed to submit evidence sufficient to raise a triable issue of fact (*see Lupowitz v Fogarty,* 295 AD2d 576 [2002]; *Bolta v Lohan,* 242 AD2d 356 [1997]). Prudenti, P.J., Ritter, H. Miller and Adams, JJ., concur.